# MEMORANDUM DECISIONS

ALLISON v. FIRST NAT. BANK OF MERIDIAN, MISS. (Circuit Court of Appeals, Fifth Circuit. December 3, 1912.) No. 2,380. In Error to the District Court of the United States for the Northern District of Texas; Edward R. Meek, Judge. M. M. Crane, of Dallas, Tex., for plaintiff in error. Wendel Spence and Rhodes S. Baker, both of Dallas, Tex., for defendant in error. Before PARDEE and SHELBY, Circuit Judges, and FOSTER, District Judge.

PER CURIAM. Judgment affirmed. See article 1204, R. S. of Texas; Lewis, Trustee, v. United States, 92 U. S. 618, 23 L. Ed. 513; Good v. Martin, 95 U. S. 90, 24 L. Ed. 341; Bendey v. Townsend, 109 U. S. 665, 3 Sup. Ct. 482, 27 L. Ed. 1065.

AMERICAN LAUNDRY MACHINERY MFG. CO. v. ADAMS LAUNDRY MACHINERY CO. (Circuit Court of Appeals, Second Circuit. December 9, 1912.) No. 134. Appeal from the District Court of the United States for the Northern District of New York. F. F. Church and G. Willard Rich, both of Rochester, N. Y., for appellant. William W. Morrill, of Troy, N. Y. (W. E. Ward, of Albany, N. Y., of counsel), for appellee. Before LACOMBE, COXE, and NOYES, Circuit Judges.

PER CURIAM. We agree with Judge Ray in the conclusions reached by him (197 Fed. 51), and, as he has fully discussed the questions involved, we affirm the decree upon his opinion.

ARONS v. FAULKNER. (Circuit Court of Appeals, Fourth Circuit. December 21, 1912.) No. 1,128. Appeal from the District Court of the United States for the Eastern District of Virginia, at Richmond, in Bankruptcy. John A. Lamb, of Richmond, Va., for appellant. Charles J. Faulkner, of Boyton, Va. (J. G. Mills, of Wake Forrest, N. C., and John W. Hinsdale, of Raleigh, N. C., on the brief), for appellee. Before GOFF and PRITCHARD, Circuit Judges, and ROSE, District Judge.

PER CURIAM. The circumstances shown by the record amply justified the court below in taking the property in controversy into its custody in order that the status quo should be maintained until final hearing. Affirmed.

DETROIT STEEL COOPERAGE CO. v. SISTERSVILLE BREWING CO. et al. (Circuit Court of Appeals, Fourth Circuit. November 20, 1912.) No. 1,081. Appeal from the District Court of the United States for the Northern District of West Virginia, at Wheeling. See, also, 195 Fed. 447, 115 C. C. A. 349; 195 Fed. 1023, 115 C. C. A. 669.

PER CURIAM. Writ of certiorari granted by the Supreme Court upon the application of the appellant presented, and the return thereto, together with the writ, transmitted to the Supreme Court.